FILED

02/27/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 24-0066

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 24-0066

_____

IN THE MATTER OF

JACK H. MORRIS,

                                                O R D E R

    An Attorney at Law,

    Respondent.

_____

Upon consideration of Respondent's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Respondent is granted an extension of time to and including March 8, 2024, within which to prepare, file and serve Respondent's Answer to the Complaint.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 27 2024